Cuyahoga App. No. 86620, 2006-Ohio-6759; and briefing schedule stayed as to Proposition of Law No. III.

PFEIFER and O'DONNELL, JJ., dissent.

**2007–0754. State v. Nucklos.**

Clark App. No. 06CA0023, 171 Ohio App.3d 38, 2007-Ohio-1025. Discretionary appeal accepted on Proposition of Law No. I.

LUNDBERG STRATTON, O'CONNOR and CUPP, JJ., would also accept the appeal on Proposition of Law No. II.

PFEIFER and O'DONNELL, JJ., dissent.

Motion for admission pro hac vice of John P. Flannery II is denied for failure to comply with S.Ct.Prac.R. I(2)(B). Sua sponte, appellee's memorandum in response is stricken.

**2007–0758. Angel v. Reed.**

Geauga App. No. 2005–G–2669, 2007-Ohio-1069.

PFEIFER and O'DONNELL, JJ., dissent.

**2007–0818. State v. Bankhead.**

Hamilton App. No. C–060480, 2007-Ohio-1314. Discretionary appeal accepted; cause held for the decision in 2007–0052, *State v. Simpkins*, Cuyahoga App. No. 87692, 2006-Ohio-6028; and briefing schedule stayed.

CUPP, J., would accept the appeal on Proposition of Law No. I without holding.

PFEIFER, J., dissents.

**2007–0854. State v. Jackson.**

Franklin App. No. 06AP–631, 2007-Ohio-1474. Discretionary appeal accepted; cause held for the decision in 2007–0052, *State v. Simpkins*, Cuyahoga App. No. 87692, 2006-Ohio-6028; and briefing schedule stayed.

PFEIFER, J., dissents.

**2007–0863. Evanich v. Bridge.**

Lorain App. No. 05CA008824, 170 Ohio App.3d 653, 2007-Ohio-1349.

PFEIFER, O'DONNELL and LANZINGER, JJ., dissent.

**2007–0866. State v. Leonard.**

Ashtabula App. No. 2006–A–0064, 2007-Ohio-1545. Discretionary appeal accepted; cause held for the decision in 2007–0052, *State v. Simpkins*, Cuyahoga App. No. 87692, 2006-Ohio-6028; and briefing schedule stayed.

MOYER, C.J., PFEIFER and O'DONNELL, JJ., dissent.

**2007–0873. Howard v. Miami Twp. Fire Div.**

Montgomery App. No. 21478, 171 Ohio App.3d 184, 2007-Ohio-1508.

MOYER, C.J., PFEIFER and LANZINGER, JJ., dissent.

**2007–0954. Burnett v. Motorists Mut. Ins. Co.**

Trumbull App. No. 2006–T–0085, 2007-Ohio-1639. Discretionary appeal accepted and cause consolidated with 2007–1176, *Burnett v. Motorists Mut. Ins. Co.*, Trumbull App. No. 2006–T–0085, 2007-Ohio-1639.

PFEIFER, J., dissents.

**2007–0983. State v. Clark.**

Ashtabula App. No. 2006–A–0004, 2007-Ohio-1780. Discretionary appeal accepted and cause consolidated with 2007–1047, *State v. Clark*, Ashtabula App. No. 2006–A–0004, 2007-Ohio-1780.

PFEIFER, O'CONNOR and LANZINGER, JJ., dissent.

**2007–1310. In re Steele.**

Cuyahoga App. No. 89494. Discretionary appeal accepted; cause held for the decision in 2006–1695, *In re Adams*, Cuyahoga App. No. 87881; and briefing schedule stayed.

PFEIFER, J., dissents.